UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

HADASSAH ACADEMIC COLLEGE,   : Case No. 18 Civ. 2446 (AT)
                :
      *Plaintiff-Appellant*, : ECF Case
  -against-         :
                : **NOTICE OF APPEAL**
HADASSAH, THE WOMEN'S ZIONIST  :
ORGANIZATION OF AMERICA, INC.,  :
                :
      *Defendant-Appellee*. :
-----------------------------------------------------------------x

   **PLEASE TAKE NOTICE** that plaintiff Hadassah Academic College

("Plaintiff") hereby appeals to the United States Court of Appeals for the Second Circuit

from each and every part of: (i) an Order entered on November 1, 2018 (granting

defendant Hadassah, The Women's Zionist Organization of America, Inc.'s motion to

dismiss) (Docket No. 44); (ii) a Clerk's Judgment entered on November 2, 2018 (Docket

No. 45); and (iii) an Order entered on April 29, 2019 (denying Plaintiff's motion for

reconsideration and leave to file an amended complaint) (Docket No. 65).

Dated: New York, New York
   May 21, 2019

         EISEMAN LEVINE LEHRHAUPT
         & KAKOYIANNIS, P.C.

         By:___/s/ Eric R. Levine_____
           Eric R. Levine
           (elevine@eisemanlevine.com)
           Eric Aschkenasy
           (easchkenasy@eisemanlevine.com)
         805 Third Avenue, 10th Floor
         New York, New York 10022
         212-752-1000
         *Attorneys for Plaintiff-Appellant*